FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. SEC. 1983

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
_____JONESBORO_____ DIVISION

_Robert W Hatfield_____

_____

(Enter above full name of plaintiff, or
plaintiffs, in this action.)

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 11 1999

JAMES W. McCORMACK, CLERK
By: _Jean Jurman_____
DEP. CLERK

vs.

_City of West Memphis_____
_West/Mphs Police Dept._____
_Officer Lawson Officer Nelson And others ET. AL._

(Enter above full name of defendant, or
defendants, in this action.)

CASE NO. __J-C-99-321__

This case assigned to District Judge __WRIGHT__
and to Magistrate Judge __JONES__

I.  **Previous Lawsuits**

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?
   Yes _____   No __✓__

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this lawsuit

      Plaintiffs: _NONE_____

      Defendants: _NONE_____

   2. Court (if federal court, name the district; if state court, name the county: _NONE_____

**2**

3. Docket Number: _None_

4. Name of judge to whom case was assigned: _None_

5. Disposition (for example: was case dismissed?; was it appealed?; is it still pending?: _None_

6. Approximate date of filing lawsuit: _None_

7. Approximate date of disposition: _None_

II. Place of Present Confinement: _CCDF(W)/Mphs Ark 350 Afco Road 72301_

III. There is a prisoner grievance procedure in the Arkansas Department of Correction. Failure to complete the grievance procedure may affect your case in federal court.

  A. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
  
  Yes_____   No_____

  B. If your answer is YES, attach copies evidencing completion of the final step of the grievance appeal procedure. FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN DISMISSAL OF YOUR COMPLAINT.

  C. If your answer is NO, explain why not:_____

IV. Parties:
(In item A below, place your name in the first blank & place your present address in the second blank. Do the same for additional plaintiffs, if any.)

  A. Name of plaintiff: _Robert Whitfield_
  Address: _350 Afco Rd W/Mphs Ark 72301_

  Name of plaintiff: _____
  Address: _____

  Name of plaintiff: _____
  Address: _____

-2-

(In item B below, place full name of the defendant in the first blank, official position in the second blank, place of employment in the third blank, and address in the fourth blank; do the same for additional defendants, if any.)

**B.**  Name of Defendant: *West Mphs Police Dept. Et. Al*

Position: _____

Place of Employment: _____

Address: _____


Name of Defendant: *Officer Nelson*

Position: _____

Place of Employment: _____

Address: _____


Name of Defendant: *Officer Lawson*

Position: _____

Place of Employment: _____

Address: _____


Name of Defendant: *And Others Et. Al*

Position: _____

Place of Employment: _____

Address: _____

-3-

### V. Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheets if necessary.)

*Attach with in*

### VI. Relief

State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

*Relief Attach to Complaint with in*

I declare under penalty of perjury (18 U.S.C. Section 1621 that the foregoing is true and correct.

Executed on this **3rd** day of **August**, 19 **99**

*Robert Whitfield*
*Robert Whitfield*
(Signature(s) of Plaintiff(s))

-4-

In The United States District Court
Eastern District of Arkansas
Jonesboro Division

Robert Whitfield                    Plaintiff

VS                          CASE NO. J-C-99-321

City of West Memphis ET.AL.   Defendants
West Memphis Police Dept.
Officer Lawson
Officer Nelson, ET, AL.

## Complaint

Comes now the Plaintiff Robert Whitfield Pro'se and Brings this Action pursuant to 42 USC 1983 to Recover damages and Injunction Relief from Assualt and Battery without Justification / With the use of Train Killer Police Dogs under the orders of Indiviuals within West-Memphis Police Dept. And the Unnecessary use of force By Police and Police Dogs and proceed to Injoin Name Defendants above for failing to uphold the Law. Here In

West Mphs, Arkansas 72301 and for Violating, and allowing my Constitutional Rights to be Violated In alleges the following

## Jurisdiction, Standing, Venue

1) This Court has Jurisdiction over this action under 28 USC 1345

2) Plaintiff Robert Whitfield Has standing to initiate His action pursuant to 42 USC 1983

3) Venue in the Eastern District of Arkansas is Appropriate pursuant to 28 USC 1391 (b) The Claim set fourt in complaint All Arose in said District

4) Defendants Are "person(s)" with in the means and Jurisdiction of 42 USC 1983

5) The Defendant manage, Administrate, oversees and initiate polices and precedures for the City of West Memphis Ark 72301

6) This Defendant or Defendants consist of Name of Defendant is unknown As of yet, But still His Authority Includes the authority or Authorization and approval of disbursement of Appropriated City Funds and also the Hiring of City Employees - (West Memphis Police Dept)

7) Defendants from top to bottom, CHAIN of Command, starting at Defendant described in paragraph #(6) to Defendants Officer Lawson and Officer Nelson are all Responsible, for each and every Defendant within this CHAIN of Command has failed to act under color of law as alledge herein

8) At the time of my Arrest, I was Maliconsly attacked by officials of the West Mphs Police Dept. Along with Police Dog. With the intent to harm or even kill without Justification or Just cause. for I had done nothing to provoke the unnecessary use of force by the Police or the Police Dogs

9) The Defendants that physically inflected This Assault are Officer Lawson and officer Nelson and Police Dogs under command of an official of A West Mphs Police Dept.

10) The Defendants then Denied The Plaintiff Medical Attention by bringing Plaintiff to CCDF and not taking me to the Emercy Room. CCDF Refussed to Acept me because I needed Medical attention and Had been Refussed this by the Defendants

11) The Defendants then knowingly and with full knowledge of this issue and fully aware that I need to go to the Emercy Room took me away from CCDF and to the old Jail - City Jail that is. They then through me in this old Jail which is abandant now and was abandant at the time this here incident took place. And left me there to Die or aleast

 •) that's what it seem like for there was no Doctors around and I had been bealing so bad that I thought I was going to Die. Maybe they thought the same.

12) Action is peursaunt under 42 USC 1983 for Assault and Battery without Justification by Police and Police Dog.

13) The Plaintiff Robert Whitfield is Authorized under 42 U.S.C to seek Compensatory, Punitive and Injunction Relief from Defendants for Damages

14) Unless damages awarded to Plaintiff and that the Court restrains the Defendants they will continue to engage in there conduct and pratices set forth causes irreparable Harm to each in everybody that subjected to this cruel Injustice

15) WHERE FORE the PLAINTIFF prays that this Court will enter a Order awarding PLAINTIFF Compensatory damages from the Defendants as well as Punitive damages also for $10,000,000.00 Dollars and jointly or severly enter an order enjoining Defendants from impending on Constitutional Guarantees enjoined By Incarcerated Individuals Court Cost, Attorney Fees and any other Relief this Court Deems Appropriate.

16) I Robert Whitfield Declare under Penalty of Perjury (18 USC Section 1621) that the foregoing is True And Correct Executed on the 3rd Day of August 1999

Sign. Robert Whitfield
Robert Whitfield
350 Afco Road
West Mph. Ark 72301

- Statement of Fact -

On April the 4TH Robert Whitfield layied Helpless on a West Memphis Street curled up in a Fetal position Powerless to do anything to stop the Two German Sheppards from tearing His Flesh Apart. He was covered with His own blood from Bites on His Face, Arms, Legs and also back Bites made while three White West-Memphis Policemen stood by and casually watched. These Bites would Require over a Hundred Stitches to close, One-Hundred and Forty-Five to be Exact, Stitches that would not be made until the Next Day, Stitches that came only After Robert Whitfield Mother found out about His Condition and Demanded Medical attention for His Wounds. Robert only Hope was, that the Police Officers would call off the Dogs, But His Hope was Crushed when the Police walked over as Calmly as if Strolling to Sunday School and Joined the Dogs in the Attack. The Two Police officers Kicked Robert In the Head with Heavy Police boots, Kicks That Required (32) more Stitches to close and Also Leaving Scares that would be a Reminder

to Robert every time he looked into the mirror for the rest of his life. Robert had just been introduced to the new so-called Aggressive Police Tactics that are going to make America a great place to live, I don't think so. Robert Whitfield is a (32) year old Black Man who looks younger than his age. He's about 6 foot tall and weights about 150 pounds. He lives in Memphis. He was sober and not using any drugs this night. He was in his girlfriend's 1992 Saturn, a car that has his name and his girlfriend's name on the title. His friend was driving when the blue lights lit up the back of the Saturn. The friend instantly hit the accelerator - he bolted, the Saturn speeded off into the night at about 9:00pm After a short chase the friend without a word to Robert came to an abrupt stop, got out and ran out of sight. Robert was sitting

in the passenger seat, he reasoned that he had not done anything wrong. So he got out, closed the door and put his hands up and surrender. He was about to regret that he didn't run also. Robert doesn't know why his friend ran away. Perhaps he had heard stories about how they treat young Black men in West Memphis when they stop them or maybe he was just scared and not knowing what to expect. Robert was puzzled that the police did not seem to be concerned about his friend getting away. What he didn't realize was that these Merchants of Venice were going to collect their pound of flesh from him. After the attack Robert was put in the back of a squad car. The Defendants tried to deposit Robert at the New Jail (CCDF) To the Jailers' credit they refused to accept Robert before he went to the Emergency Room

for treatment He Had Blood all over Him and gaping open wounds It would be obvious to anyone that Robert needed Treatment the West M[?]s Police were IN Different to Robert's condition. They took Him and Dump Him IN THE Drunk Tank at THE Old City Jail. THE Police Had more Important Business Than Robert's wounds or as a matter of fact Robert's Life. They need to justify what They Had done THE Police Have made THIS Process Routine, It is Easy to charge Him with Resisting Arrest. @ This is A standard charge for anyone who gets Injured during a Arrest Its' Impossible to Refute and It Excuses what ever they do to an Accused. They charge Him with A little Dope IN the Car but we know that they carry Dope from other Arrest at All Times to plant IN just This kind of circumstance. Again Impossible

to prove otherwise, they charge him with stealing the car to justify the chase. The Police have become experts at lying to cover their abuses of power. They charge him with Assault on a Police officer, this is an was a tactic used to scare the accused into keeping quiet about his own abuse. Robert was lucky his friend who got away alerted his family, his mother demanded treatment for his wounds the next day and it was only then that he was taking to the Hospital, others have not been so lucky. Robert C Whitfield's Out side wounds are healing, but the scares will always be there a life long Reminder. He's still having Nightmares from the Trauma of the Dog Attack, and the officers Attack aswell. Upon after been Release from the Hospital, Robert was then Transferred to the New Jail (CCDF)

where he had been turned away @ the day before by Supervisor Mr. Perry of the third shift, where Officer Bonner had taking pictures of him before turning him away and last but not least where supervisor Ms Jackie took final pictures of all during Booking. Mr. Whitfield something must be done even if the people of this area can live with the cost of a lawsuit and Hospital Bills, how can they live with themselves. What does it profit a man to cain the world and lose his soul.

Pursuant to 28 USC §1746 I Robert Whitfield declare under penalty of perjury that the foregoing is true and correct

Robert Whitfield
8/5/99

350 Afco Rd
W/Mphs, Ark 72301